File Hashes for IP Address 73.4.95.35

**ISP:** Comcast Cable
**Physical Location:** New Haven, CT

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/23/2016 14:09:57 | 24749B2D2FA20F38142DF7E7AFC4536AF7338948 | The Cabin And My Wood |
| 05/21/2016 03:16:04 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |
| 05/21/2016 02:53:45 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 05/07/2016 20:36:43 | B8E7FB1B157A9CBB4DB782BA8F1DA360F0734134 | Threesome With a View |
| 05/06/2016 12:36:22 | 065338DB17BE8DB45AC608FED6E0D89A91C018B3 | X-art Unauthorized Pack 065338D |
| 04/28/2016 22:06:14 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 02/13/2016 04:51:06 | EE4BD4A311F61368C1BBB8621F55442D9AAF3D85 | Loving It Hard And Deep |
| 01/22/2016 02:21:57 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 01/22/2016 02:20:54 | 2DEEC4AEBA574E85225418E7AF3878EFE0A9F8B6 | A Night In Vegas |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

CT8